**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 188 EAL 2018

            Respondent          :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

          v.                    :

                             :

RAFAEL VAZQUEZ,               :

                           :

            Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.